IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| v. | : | |
| PHILIP ELVIN RIEHL | : | CRIMINAL NO. 20-48 |

## NOTICE OF LIS PENDENS

NOTICE IS HEREBY GIVEN that the above-captioned criminal case has been commenced by filing of an Information and is now pending in the United States District Court for the Eastern District of Pennsylvania.

In the pending criminal proceeding there is probable cause to believe that the real property described below and commonly known as **"Pine Grove Village," Tax Parcel UPI: 21-06-00-2100433, and "South Of Pine Grove Village," Tax Parcel UPI: 21-05-0056**, would in the event of conviction, be subject to forfeiture pursuant to 18 U.S.C. § 981(a) and 28 U.S.C. § 2461(c).

The name of the person whose interest is intended to be affected is **Philip Elvin Riehl.**

The property to be forfeited by reason of the foregoing, and to which this Lis Pendens refers, is recorded at the Schuylkill County Recorder of Deeds, in Book No. 2449 Pages 1942 to 1947, as owned by Philip E. Riehl, and is further described as follows:

> ALL THAT CERTAIN TRACT OR PIECE OF GROUND SITUATE IN PINE GROVE TOWNSHIP, SCHUYLKILL COUNTY, PENNSYLVANIA, BOUNDED AND DESCRIBED ACCORDING TO A LOT GEOMETRY PLAN FOR THE VILLAS AT PINE VIEW, DRAWN BY LIGHT-HEIGEL AND ASSOCIATES, INC., DATED JANUARY 27, 2001 AND REVISED FEBRUARY 2001, SAID PLAN RECORDED IN SCHUYLKILL COUNTY IN PLAN BOOK 45, PAGE 51, AS FOLLOWS, TO WIT:

BEGINNING AT A POINT ON THE SOUTHWESTERLY SIDE OF LOVER'S LANE (T-404A), SAID POINT BEING A CORNER OF LANDS NOW OR LATE OF WHISPERING PINES ASSOCIATES ON SAID PLAN; THENCE EXTENDING FROM SAID POINT OF BEGINNING ALONG SAID LANDS NOW OR LATE OF WHISPERING PINES ASSOCIATES, THE SIX FOLLOWING COURSES AND DISTANCES: (1) SOUTH 36 DEGREES 08 MINUTES 57 SECONDS WEST 177.00 FEET TO A POINT, A CORNER, (2) SOUTH 32 DEGREES 30 MINUTES 17 SECONDS EAST 337.18 FEET TO A POINT, A CORNER, (3) NORTH 64 DEGREES 54 MINUTES 34 SECONDS EAST 12.16 FEET TO A POINT, A CORNER, (4) NORTH 73 DEGREES 05 MINUTES 21 SECONDS EAST 248.16 FEET TO A POINT, A CORNER, (5) NORTH 32 DEGREES 30 MINUTES 17 SECONDS WEST 72.72 FEET TO A POINT, A CORNER, AND (6) CROSSING PINE CREST VILLAGE DRIVE NORTH 57 DEGREES 29 MINUTES 43 SECONDS EAST 181.31 FEET TO A POINT IN LINE OF LANDS NOW OR LATE OF WILLIAM H. LEVAN AND LINDA B. LEVAN; THENCE EXTENDING ALONG SAID LANDS AND ALONG LANDS NOW OR LATE OF GOLD MILLS, INC., SOUTH 32 DEGREES 30 MINUTES 17 SECONDS EAST 816.11 FEET TO A POINT, A CORNER OF LANDS NOW OR LATE OF GOLD MILLS, INC.; THENCE EXTENDING ALONG SAID LANDS AND ALONG LANDS NOW OR LATE OF PENN DYE & FINISHING COMPANY, INC , SOUTH 58 DEGREES 05 MINUTES 45 SECONDS WEST 730.00 FEET TO A POINT, A CORNER OF LANDS NOW OR LATE OF PENN DYE & FINISHING COMPANY, INC.; THENCE EXTENDING ALONG SAID LANDS NORTH 32 DEGREES 24 MINUTES 46 SECONDS WEST 349.00 FEET TO A POINT, A CORNER OF LANDS NOW OR LATE OF NORTH END FIRE CO.; THENCE EXTENDING ALONG SAID LANDS THE THREE FOLLOWING COURSES AND DISTANCES: (1) NORTH 82 DEGREES 45 MINUTES 17 SECONDS WEST 262.00 FEET TO A POINT, A CORNER, (2) NORTH 51 DEGREES 39 MINUTES 17 SECONDS WEST 170.00 FEET TO A POINT, A CORNER, AND (3) NORTH 31 DEGREES 55 MINUTES 17 SECONDS WEST 270.04 FEET TO A POINT, A CORNER OF LANDS NOW OR LATE OF BERGER'S MARKET PARTNERSHIP; THENCE EXTENDING ALONG SAID LANDS NORTH 36 DEGREES 08 MINUTES 55 SECONDS EAST 752.80 FEET TO A POINT ON THE SOUTHWESTERLY SIDE OF LOVER'S LANE; THENCE EXTENDING ALONG SAME SOUTH 76 DEGREES 47 MINUTES 01 SECOND EAST 21.72 FEET TO THE FIRST MENTIONED POINT AND PLACE OF BEGINNING.

BEING LOTS 1 THROUGH 39 INCLUSIVE AND RESIDUAL TRACT AS SHOWN ON THE ABOVEMENTIONED PLAN

EXCEPTING THEREOUT AND THEREFROM THE FOLLOWING FIFTEEN (15) PARCELS:

(L) ALL THAT CERTAIN PORTION OF LAND IDENTIFIED AS LOT #1 AS SHOWN ON A PLAN TITLED "FINAL PLAN FOR THE VILLAS AT PINE VIEW", PREPARED BY LIGHT-HEIGEL & ASSOCIATES, INC., DATED JANUARY 27, 2001, REVISED FEBRUARY 23, 2001, AND RECORDED IN THE SCHUYLKILL COUNTY COURTHOUSE IN BOOK 45, PAGE 51.

(2) ALL THAT CERTAIN PORTION OF LAND IDENTIFIED AS LOT #2 AS SHOWN ON A PLAN TITLED "FINAL PLAN FOR THE VILLAS AT PINE VIEW", PREPARED BY LIGHT-HEIGEL & ASSOCIATES, INC., DATED JANUARY 27, 2001, REVISED FEBRUARY 23, 2001, AND RECORDED IN THE SCHUYLKILL COUNTY COURTHOUSE IN BOOK 45, PAGE 51.

(3) ALL THAT CERTAIN PORTION OF LAND IDENTIFIED AS LOT #3 AS SHOWN ON A PLAN TITLED "A LOT GEOMETRY PLAN FOR THE VILLAS AT PINE VIEW" PREPARED BY LIGHT-HEIGEL & ASSOCIATES, INC , DATED JANUARY 27, 2001, DRAWING NO. 99-0272, RECORDED IN THE OFFICE FOR RECORDING IN AND FOR SCHUYLKILL COUNTY, PENNSYLVANIA, IN SUBDIVISION PLAN BOOK 45, PAGE 51.

(4) ALL THAT CERTAIN PORTION OF LAND IDENTIFIED AS LOT #4 AS SHOWN ON A PLAN TITLED "FINAL PLAN FOR THE VILLAS AT PINE VIEW", PREPARED BY LIGHT-HEIGEL & ASSOCIATES, INC , DATED JANUARY 27, 2001, REVISED FEBRUARY 23, 2001, AND RECORDED IN THE SCHUYLKILL COUNTY COURTHOUSE IN BOOK 45, PAGE 51.

(5) ALL THAT CERTAIN PORTION OF LAND IDENTIFIED AS LOT #5 AS SHOWN ON A PLAN TITLED "FINAL PLAN FOR THE VILLAS AT PINE VIEW", PREPARED BY LIGHT-HEIGEL & ASSOCIATES, INC., DATED JANUARY 27, 2001, REVISED FEBRUARY 23, 2001, AND RECORDED IN THE SCHUYLKILL COUNTY COURTHOUSE IN BOOK 45, PAGE 51.

(6) ALL THAT CERTAIN PORTION OF LAND IDENTIFIED AS LOT #6 AS SHOWN ON A PLAN TITLED "FINAL PLAN FOR THE VILLAS AT PINE VIEW", PREPARED BY LIGHT-HEIGEL & ASSOCIATES, INC., DATED JANUARY 27, 2001, REVISED FEBRUARY 23, 2001, AND RECORDED IN THE SCHUYLKILL COUNTY COURTHOUSE IN BOOK 45, PAGE 51.

(7) ALL THAT CERTAIN PORTION OF LAND IDENTIFIED AS LOT #7 AS SHOWN ON A PLAN TITLED "FINAL PLAN FOR THE VILLAS AT PINE VIEW", PREPARED BY LIGHT-HEIGEL & ASSOCIATES, INC., DATED JANUARY 27, 2001, REVISED FEBRUARY 23, 2001, AND RECORDED IN THE SCHUYLKILL COUNTY COURTHOUSE IN BOOK 45, PAGE 51.

(8) ALL THAT CERTAIN PORTION OF LAND IDENTIFIED AS LOT #8 AS SHOWN ON A PLAN TITLED "FINAL PLAN FOR THE VILLAS AT PINE VIEW", PREPARED BY LIGHT-HEIGEL & ASSOCIATES, INC., DATED JANUARY 27, 2001, REVISED FEBRUARY 23, 2001, AND RECORDED IN THE SCHUYLKILL COUNTY COURTHOUSE IN BOOK 45, PAGE 51.

(9) ALL THAT CERTAIN PORTION OF LAND IDENTIFIED AS LOT #28 AS SHOWN ON A PLAN TITLED "FINAL LOT GEOMETRY PLAN FOR THE VILLAS AT PINE VIEW" PREPARED BY LIGHT-HEIGEL & ASSOCIATES, INC., DATED JANUARY 27, 2001, DRAWING NO. 99-0272, RECORDED IN THE OFFICE FOR RECORDING IN AND FOR SCHUYLKILL COUNTY, PENNSYLVANIA, IN SUBDIVISION PLAN BOOK 45, PAGE 51.

(10) ALL THAT CERTAIN PORTION OF LAND IDENTIFIED AS LOT #29 AS SHOWN ON A PLAN TITLED "FINAL LOT GEOMETRY PLAN FOR THE VILLAS AT PINE VIEW" PREPARED BY LIGHT-HEIGEL & ASSOCIATES, INC., DATED JANUARY 27, 2001, DRAWING NO. 99-0272, RECORDED IN THE OFFICE FOR RECORDING IN AND FOR SCHUYLKILL COUNTY, PENNSYLVANIA, IN SUBDIVISION PLAN BOOK 45, PAGE 51.

(11) ALL THAT CERTAIN PORTION OF LAND IDENTIFIED AS LOT #35 AS SHOWN ON A PLAN TITLED "FINAL PLAN FOR THE VILLAS AT PINE VIEW", PREPARED BY LIGHT-HEIGEL & ASSOCIATES, INC., DATED JANUARY 27, 2001, REVISED FEBRUARY 23, 2001, AND RECORDED IN THE SCHUYLKILL COUNTY COURTHOUSE IN BOOK 45, PAGE 51.

(12) ALL THAT CERTAIN PORTION OF LAND IDENTIFIED AS LOT #36 AS SHOWN ON A PLAN TITLED "FINAL LOT GEOMETRY PLAN FOR THE VILLAS AT PINE VIEW" PREPARED BY LIGHT-HEIGEL & ASSOCIATES, INC., DATED JANUARY 27, 2001, DRAWING NO. 99-0272, RECORDED IN THE OFFICE FOR RECORDING IN AND FOR SCHUYLKILL COUNTY, PENNSYLVANIA, IN SUBDIVISION PLAN BOOK 45, PAGE 51.

(13) ALL THAT CERTAIN PORTION OF LAND IDENTIFIED AS LOT #37 AS SHOWN ON A PLAN TITLED "FINAL LOT GEOMETRY PLAN FOR THE VILLAS AT PINE VIEW"

PREPARED BY LIGHT-HEIGEL & ASSOCIATES, INC., DATED JANUARY 27, 2001, DRAWING NO. 99-0272, RECORDED IN THE OFFICE FOR RECORDING IN AND FOR SCHUYLKILL COUNTY, PENNSYLVANIA, IN SUBDIVISION PLAN BOOK 45, PAGE 51.

(14) ALL THAT CERTAIN PORTION OF LAND IDENTIFIED AS LOT #38 AS SHOWN ON A PLAN TITLED "FINAL LOT GEOMETRY PLAN FOR THE VILLAS AT PINE VIEW" PREPARED BY LIGHT-HEIGEL & ASSOCIATES, INC., DATED JANUARY 27, 2001, DRAWING NO. 99-0272, RECORDED IN THE OFFICE FOR RECORDING IN AND FOR SCHUYLKILL COUNTY, PENNSYLVANIA, IN SUBDIVISION PLAN BOOK 45, PAGE 51.

(15) ALL THAT CERTAIN PORTION OF LAND IDENTIFIED AS LOT #39 AS SHOWN ON A PLAN TITLED "FINAL PLAN FOR THE VILLAS AT PINE VIEW", PREPARED BY LIGHT-HEIGEL & ASSOCIATES, INC., DATED JANUARY 27, 2001, REVISED FEBRUARY 23, 2001, AND RECORDED IN THE SCHUYLKILL COUNTY COURTHOUSE IN BOOK 45, PAGE 51.

BEING UPI NUMBERS 21-5-56 & 21-6-21.

BEING THE SAME PREMISES WHICH UNION BANK AND TRUST COMPANY, A PENNSYLVANIA BANKING CORPORATION, BY DEED DATED 9/20/2010 AND RECORDED 10/4/2010 IN THE OFFICE FOR THE RECORDER OF DEEDS IN AND FOR THE COUNTY OF SCHUYLKILL, AND COMMONWEALTH OF PENNSYLVANIA IN RECORD BOOK 2383, PAGE 1615, GRANTED AND CONVEYED UNTO PINE GROVE, LLC, A PENNSYLVANIA LIMITED LIABILITY COMPANY.

PARCEL 1: 3.53 ACRES, MORE OR LESS, SOMETIMES CALLED "PINE GROVE VILLAGE" – TAX PARCEL UPI: 21-06-00-2100; AND

PARCEL 2: 10.91 ACRES, MORE OR LESS, SOMETIMES CALLED "SOUTH OF PINE GROVE VILLAGE" – TAX PARCEL UPI: 21-05-0056

For further information concerning this action, reference may be made to the records of the Clerk of the Court for the United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Philadelphia, Pennsylvania.

Respectfully submitted,

WILLIAM M. McSWAIN
United States Attorney

*/s/ Michael Rinaldi*
MICHAEL RINALDI
Assistant United States Attorney

Dated: Jan. 28, 2020.