IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL |
| --- | --- | --- |
| v. | : | |
| | : | NO. 20-048 |
| PHILIP ELVIN RIEHL | : | |

## CONDITIONS OF PRETRIAL RELEASE

### BAIL

Defendant is **released on bail** in the amount of: $ 250,000.⁰⁰

- ✓ O/R
- ___ cash
- ___ secured by:
  - ___ % cash
  - ___ property at:
  - ___ Waiver of Clerk's office requirements

### PRETRIAL SERVICES

✓ Defendant shall report to Pretrial Services:
  - ✓ **as directed** by Pretrial Services.
  - ___ times per week **in person**.
  - ___ times per week **via telephone**.

___ Defendant shall submit to **random drug testing** as directed by Pretrial Services.
___ Defendant shall undergo **drug/alcohol treatment** if necessary as determined by Pretrial Services.
___ Defendant shall submit to **electronic monitoring** at the following address:

_____.

___ **24 hours a day** (Defendant may leave this residence to visit with counsel, and to attend medical appointments and religious services, all with prior approval of Pretrial Services.)

___ Defendant is permitted to continue **working** outside the home, but shall submit to **curfew** between the hours of _____, during which electronic monitoring will be in place. (Otherwise, defendant may leave this residence to visit with counsel, and to attend medical appointments and religious services, all with prior approval of Pretrial Services.)

## TRAVEL

__✓__ Travel is restricted to the **Eastern District of Pennsylvania.** and Middle District
__✓__ Travel is restricted to the _____ of Pennsylvania.
__✓__ Unless prior permission is granted by Pretrial Services.

## PASSPORT

__✓__ Defendant shall surrender and/or refrain from obtaining a **passport**.

## FIREARMS

__✓__ Defendant shall surrender and/or refrain from obtaining any **firearms**.

## MISCELLANEOUS

__✓__ Defendant shall have no contact with **co-defendants, potential witnesses** in this case, or individuals engaged in any **criminal activity**.
_____ Defendant must maintain present **employment**.
_____ Defendant must **actively seek** gainful employment.
_____ Defendant shall undergo a **mental competency evaluation**
_____ Defendant must reside:

at:

with:

**OTHER CONDITIONS:** The defendant shall have seven (7) days to wind down the affairs of Riehl Acomedy and is thereafter prohibited from any employment activity that involves Riehl Acomedy.

As a further condition of release, defendant shall not commit a Federal, State, or local crime during the period of release. The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than 10 years, if the offense is a felony; or a term of imprisonment of not more than 1 year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

**It is so ORDERED this 27th day of February, 2020.**

BY THE COURT:



**EDWARD G. SMITH**
**U.S. DISTRICT JUDGE**