**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States | 20-48 |
| DEFENDANT | TYPE OF PROCESS |
| Philip Riehl | Deposit |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
22-FBI-006672

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
$14,846.68 from Lebanon Federal Credit Union account in the name of Philip Riehl

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Sarah L. Grieb, AUSA
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

$14,846.68 from Lebanon Federal Credit Union account in the name of Philip Riehl (CATS ID: 22-FBI-006672) to be deposited into the AFF.

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
SARAH GRIEB  Digitally signed by SARAH GRIEB  Date: 2023.07.10 18:20:56 -04'00'

TELEPHONE NUMBER: 215-861-8261
DATE: 7/10/2023

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*

Total Process: 1
District of Origin No. 66
District to Serve No. 66
Signature of Authorized USMS Deputy or Clerk: [signature]
Date: 7/28/2023

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

Date: 7/31/23
Time: 8:30 [X] am [ ] pm

Address *(complete only different than shown above)*

Signature of U.S. Marshal or Deputy: Monika Mach

Costs shown on *attached USMS Cost Sheet* >>

REMARKS

The above asset was disposed of in accordance with the law on 1/31/2023

Eastern District of Pennsylvania
United States Marshals Service RECEIVED JUL 28 2023

Form USM-285
Rev. 03/21