UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | No. 5:20-cr-00048 |
| : | |
| PHILIP ELVIN RIEHL, : | |
| Defendant.   : | |

**O R D E R**

**AND NOW**, this 19th day of September, 2024, upon consideration of Defendant's Motion for Sentence Reduction, ECF No. 68, the Government's response, ECF No. 71, and for the reasons set forth in the Opinion issued on this date, **IT IS HEREBY ORDERED THAT:** The motion, ECF No. 68, is **DENIED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge